MICAJAH W. JACKSON, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

(Argued December 5, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 19, 1887, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry J. Sullivan* for appellant.

*George A. Benton* for respondent.

Agree to affirm, but without prejudice to an application by the defendant to the Supreme Court for such other stay of the issuing of the injunction awarded by it as may, under the circumstances of the case, seem to that court proper; no opinion.

All concur, except BRADLEY and HAIGHT, JJ., not sitting. Judgment affirmed.

---

THOMAS H. RODMAN, as Surviving Executor, etc., et al., Respondents, *v.* THE CITY OF BUFFALO, Appellant.

(Submitted December 8, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 14, 1888, which modified and affirmed as modified a judgment in favor of plaintiffs, entered upon a verdict and affirmed an order denying a motion for a new trial.

*George M. Browne* for appellant.

*Frank C. Ferguson* for respondents.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting. Judgment affirmed.